UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                                    Case No.:
                                                                         17-10706-CGM
JENNIE A. MOED,                                                          In Proceedings for
                                                                         Reorganization under
                                  Debtor.                Chapter 11
-------------------------------------------------------------------X

# ORDER GRANTING THE DEBTOR'S MOTION TO RETAIN WAYNE GREENWALD, P.C. AS COUNSEL TO THE DEBTOR

Upon the motion of the above-named Debtor and Debtor in possession, (sometimes referred to as the "Debtor") (the "Motion"), the declaration of Wayne M. Greenwald, dated January 30, 2018, the "no-objection" of the Office of the United States Trustee; and it appearing that the employment of the firm of Wayne Greenwald, P.C. ("WGPC"), as attorneys for the Debtor is in the best interests of the Debtor's estate; and that WGPC does not hold or represent an interest adverse to the estate and is a disinterested person, as defined by 11 U.S.C. § 101(14); and sufficient cause appearing therefor, it is

**ORDERED**, that, the Debtor be and hereby are authorized to employ WGPC as its attorneys in this case, to render the services stated in the accompanying Motion; and it is further

**ORDERED,** that compensation and reimbursement of expenses to be paid to WGPC shall be upon application to the Court, pursuant to 11 U.S.C. § 330 and

331; and it is further

**ORDERED**, that prior to any increase in hourly rates charged to the Debtor, WGPC shall file a supplemental affidavit with the Court and give ten business days' notice to the Debtor, the United States Trustee and any official creditors' committee, if applicable, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and indicate whether the client has received notice of and approved the proposed rate increase.

Dated: New York, New York
     March 29, 2018

No Objection
Office of the United States Trustee Region 2

By:\_\_\_/s/ Alicia Leonhard _____
     Trial Attorney



**Dated: March 30, 2018**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**